

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
|  | § |  |
| IN THE INTEREST OF C. A. S., JR. AND S. E. R. S., CHILDREN., | § | No. 08-22-00027-CV |
|  | § | Appeal from the |
| Appellant. | § | 109th District Court |
| . | § | of Andrews County, Texas |
|  | § | (TC# 21,851) |
|  | § |  |

**O R D E R**

The Court GRANTS the District Clerk's request for an extension of time within which to file the Clerk's Record until **March 1, 2022.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE CLERK'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Sherry Dushane, District Clerk for the 109th District Court for Andrews County, Texas, prepare the Clerk's Record and forward the same to this Court on or before **March 1, 2022**.

IT IS SO ORDERED this 23rd day of February, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.